UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GEORGE ROWE,

                Plaintiff,

  vs.                                                 1:04-CV-1283

JAGDAMBA, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                 OF COUNSEL:

KEITH SCHOCKMEL, ESQ.
Attorney for Plaintiff
4 Atrium Drive
Suite 290, Executive Woods
Albany, New York 12205

OFFICE OF CHRISTOPHER P. RUTNIK     LUCAS G. MIHUTA, ESQ.
Attorneys for Defendant                      CLAY LODOVICE, ESQ.
270 Mount Hope Drive
Albany, New York 12202

DAVID N. HURD
United States District Judge

## O R D E R

      Pursuant to the oral decision of the Court entered into the record after hearing oral argument on June 27, 2007, in Utica and Albany, New York, it is hereby

      ORDERED that

      1. Defendant Jagdamba, Inc.'s motion for summary judgment is GRANTED except that its request for an award of attorney's fees is DENIED;

      2. The Title VII claim is DISMISSED;

      3. The negligence and gross negligence claims are DISMISSED without prejudice; and

    4.  The complaint is DISMISSED in its entirety.

    The Clerk of the Court is directed to enter judgment accordingly.

    IT IS SO ORDERED.

Dated:  June 27, 2007

    Utica, New York.

_____
United States District Judge